PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas Griggs                                          Cr.: 05CR202-01

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 2/23/06

Original Offense: Felon in Possession of a Firearm, in violation of Title 18: U.S.C. § 922g(1) & (2) a Class C felony.

Original Sentence: 30 months imprisonment, followed by 3 years supervised release, with special conditions for drug testing and treatment, financial disclosure, no new debt, DNA, and to pay a $3,000 fine at $75 per month, and a $100 special assessment.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 12/20/06

Assistant U.S. Attorney: Peter N. Katz                                 Defense Attorney: Lisa Van Hoeck

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' The offender was arrested on September 5, 2007, by the Raritan Township Police, Hunterdon County, New Jersey, and charged with Possession of a Weapon While Committing a Drug Crime, Possession of a Weapon (knife & handgun) By a Felon, and Manufacture/Distribution of a Controlled Substance (marijuana). The arrest report indicates that the offender was arrested, as a result of a car stop, the front passenger, along with 3 other males (Steven Hatfield, Leroy Tigar, & Tyshawn Page). Police identification of the occupants revealed the offender and Tyshawn page were known Bloods street gang members. A search of the offender's person revealed a knife in his pocket. A further search of the vehicle revealed marijuana rolling papers, nine bags of marijuana packaged for sale, and a loaded .45 caliber Remington handgun. The offender was released on $25,000 bail on September 12, 2007. On October 10, 2007, the charges were transferred from Raritan Township Municipal Court to the Hunterdon County Prosecutor's Office. The charges are pending in Hunterdon County Superior Court, but there is no Court date scheduled as of this writing.

2. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' The offender failed to report his arrest of September 5, 2007, to his assigned probation officer in the Eastern District of Pennsylvania, until September 14, 2007.

3. The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' The offender has traveled outside of the Eastern District of Pennsylvania (ED/PA) without the permission of the probation officer on at lease two occasions. On February 9, 2007, the offender's mother notified the probation officer in ED/PA that on February 7, 2007, the offender was arrested in Mercer County, New Jersey on a warrant stemming from a 2002 Possession of Marijuana conviction in Trenton, New Jersey, wherein the offender failed to pay a $1,000 fine. The offender posted bail and was released from Mercer County Jail on February 9, 2007. The offender traveled outside of the Eastern District of Pennsylvania without permission as evidenced by his arrest on February 7, 2007. In addition, the offender also traveled outside of the Eastern District of Pennsylvania on September 5, 2007, as evidenced by his arrest on that date, in Hunterdon County, New Jersey, by the New Jersey State Police on gun and drug charges.

4. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' The offender was enrolled in outpatient drug treatment on March 5, 2007, at the Confront program, located in Allentown, Pennsylvania. On June 26, 2007, the offender was discharged from the Confront drug treatment program, due to non-compliance with program rules. A treatment report from the Confront facility dated June 30, 2007, indicates the offender was not cooperative with treatment due to strong antisocial tendencies, he engaged in ongoing power struggles with treatment team members, and he attempted to split the treatment team.

5. The offender has violated the supervision condition which states '**The offender was ordered to pay a $3,000 fine at the rate of $75 per month, commencing 30 days after his release from imprisonment.**' The offender has not complied with the fine payment schedule which was set by the Court at the rate of $75 per month. The offender has paid the special assessment in full as of July 25, 2007, but has paid only $75 toward the fine thus far. The balance of the fine is $2925.00.

6. The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' The probation officer in the Eastern District of Pennsylvania reports that the offender remained unemployed throughout the summer of 2007. However, he recently obtained employment as a laborer with Con-Agra in Martins Creek, Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

By: Steven Alfrey
U.S. Probation Officer
Date: 10/22/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/1/07
Date